IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00406-PSF-BNB

JONATHAN COLLINS and
JOANNA COLLINS,

Plaintiffs,

v.

JEANETTE M. MILLER and
LETICIA GALVAN,

Defendants.

_____

# ORDER
_____

By minute order dated July 20, 2005, this case was set for a scheduling conference on

August 15, 2005, at 8:30 a.m.  Defendant's counsel appeared at that time, but the plaintiffs, who

are proceeding *pro se*, neither appeared nor contacted the court.

Local rule of practice 41.1, D.C.COLO.LCivR, provides:

> A judicial officer may issue an order to show cause why a case
> should not be dismissed for lack of prosecution or for failure to
> comply with these rules, the Federal Rules of Civil Procedure, or
> any court order.  If good cause is not shown within the time set in
> the show cause order, a district judge or a magistrate judge
> exercising consent jurisdiction may enter an order of dismissal
> with or without prejudice.

IT IS ORDERED that the plaintiffs shall show cause, if any there be, in writing and on or

before **August 29, 2005**, why this case should not be dismissed pursuant to D.C.COLO.LCivR

41.1 for lack of prosecution and failure to comply with the order of the court setting the

scheduling conference.

Dated August 15, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge