IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00406-PSF-BNB

JONATHAN COLLINS and
JOANNA COLLINS,

Plaintiffs,

v.

JEANETTE M. MILLER and
LETICIA GALVAN,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with the order to show cause entered on August 15, 2005, and the plaintiffs' response to the order to show cause filed August 26, 2005.  Good cause having been shown

IT IS ORDERED that the order to show cause is DISCHARGED.

IT IS FURTHER ORDERED that a scheduling conference is set for **September 9, 2005, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall submit a proposed scheduling order on or before **September 6, 2005**.

Dated August 29, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge