IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00406-PSF-BNB

JONATHAN COLLINS and
JOANNA COLLINS,

Plaintiffs,

v.

JEANETTE M. MILLER and
LETICIA GALVAN,

Defendants.
_____

**ORDER**
_____

By order entered August 29, 2005, this matter was set for a scheduling conference. Counsel for the plaintiffs and for defendant Galvan appeared, but counsel for defendant Miller neither appeared nor contacted the court concerning an inability to appear. In addition, the tendered scheduling order did not contain input from the defendants.

This case has experienced delays, due first to the failures of plaintiffs' prior counsel, and now due to the failure of defendant Miller's counsel. I expect that there will be no similar delays in the future.

IT IS ORDERED that a supplemental scheduling conference is set for **October 13, 2005, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order that complies with the requirements of Appendix F to the local rules of practice and shall submit it to the court on or before **October 6, 2005**.

Dated September 9, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge