IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00406-PSF-BNB

JONATHAN COLLINS, and
JOANNA COLLINS,

      Plaintiffs,

v.

JEANETTE M. MILLER, and
LETICIA GALVAN,

      Defendants,

and

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Intervenor.

---

## ORDER GRANTING MOTION TO INTERVENE

---

      THIS MATTER is before the Court on the Unopposed Motion to Intervene on

Behalf of American Family Mutual Insurance Company (Dkt. # 37).  The Court having

reviewed the motion and being fully informed, it is hereby

      ORDERED that American Family shall be permitted to intervene in this action

and that the caption in this case shall be amended to reflect such intervention.

      IT IS FURTHER ORDERED that further motions in this matter which are

unaccompanied by a proposed order filed in chambers, either in word perfect

or text format, will be denied without prejudice. The parties are DIRECTED to

D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures

for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements

for submitting proposed orders.

     DATED: November 2, 2005

                                          BY THE COURT:


                                          *s/ Phillip S. Figa*

                                          _____

                                          Phillip S. Figa
                                          United States District Judge