IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 05-cv-00406-PSF-BNB | Date: November 30, 2005 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| JONATHAN COLLINS, et al., | Steven Berlant |
| Plaintiffs, | |
| v. | |
| JEANETTE M. MILLER, et al., | Peter Gregory |
| | Jeffrey Richards |
| Defendants. | Richard Ferro |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     10:00 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiff's motion to proceed quasi in rem(10/22/05 #30) is TAKEN UNDER ADVISEMENT. A written recommendation will be filed.**

**ORDERED: Oral motion by defendant Jeanette M. Miller to file a reply in support of her motion to dismiss is GRANTED. Defendant Miller's reply is due on or before December 7, 2005.**

Court in Recess     11:03 a.m.

Hearing concluded.

Total In-Court Time: 01:03