IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00406-PSF-BNB

JONATHAN COLLINS and
JOANNA COLLINS,

Plaintiffs,

v.

JEANETTE M. MILLER and
LETICIA GALVAN,

Defendants.
_____

### ORDER
_____

This matter is before me on the **Motion to Stay Discovery** filed by defendant Jeanette Miller on December 9, 2005.  The motion is not opposed and seeks a stay of discovery and other deadlines pending a decision on Galvan's motion to dismiss and the plaintiffs' motion to proceed quasi in rem against Galvan's insurance policy.  Good cause having been shown:

IT IS ORDERED that the Motion to Stay Discovery is GRANTED.  The scheduling order entered October 13, 2005, is VACATED.  A new schedule will be set at a later date.

Dated December 15, 2005.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge