IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00406-PSF-BNB

JONATHAN COLLINS and
JOANNA COLLINS,

Plaintiffs,

v.

JEANETTE M. MILLER and
LETICIA GALVAN,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

The pretrial conference reset in this matter for May 12, 2006 (docket no. 53), was done in error. Therefore,

IT IS ORDERED that the Pretrial Conference set for May 12, 2006, is **VACATED**, to be reset at a later date.


DATED: March 8, 2006