IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00406-PSF-BNB

JONATHAN COLLINS, and
JOANNA COLLINS,

    Plaintiffs,

v.

JEANETTE M. MILLER, and
LETICIA GALVAN,

    Defendants,

and

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Intervenor.

## ORDER FOR DISMISSAL OF DEFENDANT
## JEANETTE M. MILLER

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice Re: Defendant Jeanette M. Miller (Dkt. # 55).  Having reviewed the stipulation and being fully advised in the premises, the Court hereby

ORDERS that all of plaintiffs' claims against Defendant Jeanette M. Miller are DISMISSED with prejudice, each party to pay his, her or its own attorney fees and costs.  It is

FURTHER ORDERED that the caption of subsequent filings will be changed to reflect the removal of Jeanette Miller as a defendant in this matter.

DATED: June 30, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge