IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00406-PSF-BNB

JONATHAN COLLINS, and
JOANNA COLLINS,

    Plaintiffs,

v.

LETICIA GALVAN,

    Defendant,

and

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Intervenor.

---

**ORDER**

---

    This matter is before the Court on Plaintiffs' Unopposed Motion to Vacate September 13, 2006 Hearing (Dkt. # 58), filed September 12, 2006. The motion is DENIED. The hearing is converted to a status conference, and counsel for parties are expected to attend the status conference tomorrow, September 13, 2006, at 9:00 a.m.

    DATED: September 12, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge