**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes                    Date: September 13, 2006
Court Reporter: Darlene Martinez


Civil Action No.  05-cv-00406-PSF-BNB


*Parties:*                                                          *Counsel:*

JONATHAN COLLINS, and                              Steve Berlant
JOANNA COLLINS,

     Plaintiff,

v.

LETICIA GALVAN,                                            Richard Ferro

     Defendant,

and

AMERICAN FAMILY MUTUAL INSURANCE          Peter Gregory
COMPANY,

     Intervenor.

_____

**COURTROOM MINUTES**
_____

HEARING: Status Conference

**9:01 a.m.**      **Court in session.**

**ORDER:**      Defendant, Leticia Galvan's, Motion to Dismiss Complaint for Insufficiency
of Process and Insufficiency of Service of Process **(26)** is **denied as
moot and without prejudice.**

**ORDER:**      Plaintiffs' Motion to Proceed *Quasi in Rem* and for Pre-Judgment

Attachment **(30)** is **denied as moot and without prejudice.**

At the conclusion of the hearing the parties are directed to report to Magistrate Judge Boland's chambers to set a Scheduling Conference.

**DEADLINES:**
Re-filed motion or new motion regarding service issues due **14 days from today's date.**
Re-filed motion or new motion regarding *quasi in rem* issues due **at time of response to above re-filed or new motion.**

**9:21 a.m.     Court in recess/hearing concluded.**

Total in-court time: 00:20.

2