IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00406-PSF-BNB

JONATHAN COLLINS, and
JOANNA COLLINS,

    Plaintiffs,

v.

LETICIA GALVAN,

    Defendant,

and

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Intervenor.

## ORDER TO SET TRIAL DATES

The above-captioned matter is hereby scheduled for a five-day jury trial on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, March 26, 2007 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **Friday, March 16, 2007 at 8:30 a.m.** The parties are expected to be fully prepared for trial at the final trial preparation conference. **Lead counsel who will try the case shall attend.**

DATED: September 13, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge