IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00406-PSF-BNB

JONATHAN COLLINS, and
JOANNA COLLINS,

      Plaintiffs,

v.

LETICIA GALVAN,

      Defendant,

and

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Intervenor.

---

## ORDER FOR DISMISSAL OF INTERVENOR
## AMERICAN FAMILY MUTUAL INSURANCE COMPANY

---

Having reviewed the Unopposed Motion to Dismiss Intervenor (Dkt. # 65), and

being fully advised in the premises, the Court hereby ORDERS that American Family

Mutual Insurance Company be DISMISSED as a party to this case.  It is

FURTHER ORDERED that the caption of subsequent filings will be changed to

reflect the removal of American Family Mutual Insurance Company as an intervenor

party in this matter.

      DATED:  September 20, 2006

                          BY THE COURT:

                          *s/ Phillip S. Figa*

                          _____

                          Phillip S. Figa
                          United States District Judge