IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00406-PSF-BNB

JONATHAN COLLINS, and
JOANNA COLLINS,

      Plaintiffs,

v.

LETICIA GALVAN,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      The parties' Stipulation for Dismissal With Prejudice (Dkt. # 73) is GRANTED.

The Court hereby ORDERS that the claims of plaintiffs in this action are DISMISSED

WITH PREJUDICE as to Defendant Leticia Galvan, each party to pay his or her own

costs and attorney's fees.

      DATED:  November 1, 2006

                         BY THE COURT:

                         *s/ Phillip S. Figa*

                         _____

                         Phillip S. Figa
                         United States District Judge